SCHROEDER, Circuit Judge,
concurring:
I agree with the result. I write separately only because I do not believe we can look through the plea agreement to the indictment in this particular case. This is because the plea agreement stated it was amending the charging document. However, since the defendant pleaded to a class 3 felony in violation of A.R.S. § 13-1204, he must have admitted to violating either subsections (a)(1) or (a)(2). Each qualified as *585 an aggravated felony under then binding Ninth Circuit precedent, see United States v. Ceron-Sanchez, 222 F.3d 1169, 1172-73 (9th Cir. 2000) overruled by Fernandez-Ruiz v. Gonzales, 466 F.3d 1121 (9th Cir. 2006) (en banc).